UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS L. BROWN,<br><br>             Plaintiff,<br><br>     v.<br><br>SOCIAL SECURITY,<br><br>             Defendant. | NO. CV-05-176-EFS<br><br>**ORDER OF DISMISSAL** |

Before the Court, without oral argument, is Plaintiff Chris L. Brown's Motion to Dismiss. (Ct. Rec. 13.) Plaintiff seeks to voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). The Defendant in this action has not been served.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss **(Ct. Rec. 13)** is **GRANTED**;

2. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice**;

3. All pending trial and hearing dates are stricken; and

4. This file shall be closed.

ORDER * 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and distribute a copy to Plaintiff.
3     **DATED** this  30th   day of January 2008.

5                       S/ Edward F. Shea
                          EDWARD F. SHEA
6                United States District Judge

7 Q:\Civil\2005\176.Stip. Dismiss.wpd

ORDER * 2